UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN HILLIARD, et al., | Cause No. C21-5290RSL |
| Plaintiffs, | |
| v. | ORDER GRANTING LEAVE TO WITHDRAW |
| MAXIM HEALTHCARE SERVICES, INC., | |
| Defendant. | |

This matter comes before the Court on "Plaintiff Counsel's Motion for Leave to Withdraw" (Dkt. # 14) and a duplicate motion filed at Dkt. # 15. The motion is unopposed and therefore GRANTED. Mr. Weinmaster is no longer counsel of record for plaintiff and the Clerk of Court is directed to terminate his participation in this case. Mr. Andy Herman remains as counsel for plaintiff.

Dated this 8th day of June, 2021.

Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 1