UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUSTIN HILLIARD, *et al.*,

    Plaintiffs,

v.

MAXIM HEALTHCARE SERVICES, INC.,

    Defendant.

Cause No. C21-5290RSL

ORDER GRANTING LEAVE TO WITHDRAW

This matter comes before the Court on "Plaintiff Counsel's Supplemental Motion for Leave to Withdraw" by Andrew Herman. Dkt. # 17. The motion is unopposed and therefore GRANTED. Mr. Herman is no longer counsel of record for plaintiffs, and the Clerk of Court is directed to terminate his participation in this case and to include plaintiffs' last known contact information in the docket:

| | | |
|---|---|---|
| 1405 Clearbrook Dr. SE, Apt. B205<br>Lacey, WA 98503 | and | 5812 Titleist Ln. SE, Apt. F102<br>Lacey, WA 98513 |

Plaintiffs are now proceeding *pro se* in this litigation. Unless and until they retain new counsel, they are expected to follow the local rules of this district (found at https://www.wawd.uscourts.gov/sites/wawd/files/WDWA_Local_Civil_Rules_Clean_1.19.21.pdf) and the Federal Rules of Civil Procedure. Plaintiffs are advised that requests for relief from

ORDER GRANTING LEAVE TO WITHDRAW - 1

the Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. *See* LCR 7 and 10; 28 U.S.C. § 1746.

Dated this 17th day of August, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2