1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8

9

10

11

12

JUSTIN HILLIARD and TRISHA
ARROYO,

Plaintiffs,

v.

MAXIM HEALTHCARE SERVICES, INC.,
et al.,

Defendants.

Case No. C21-5290RSL

ORDER TO SHOW CAUSE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

On August 17, 2021, this Court issued an Order Granting Plaintiff Counsel's Motion to

Withdraw as Attorney, Dkt. #17, in the above-captioned matter.  Two copies of the Order were

mailed to plaintiffs at 5812 Titleist Ln. SE, Apt. F102, Lacey, WA. 98503: both were returned

unopened on August 24, 2021, as they apparently no longer reside at the address on file with

the Court, Dkt. #19 and #20.  On August 25, 2021, the Clerk of Court mailed two copies of the

Order to plaintiffs at the 1405 Clearbrook Dr. SE, Apt. B205, Lacey, WA. 98503, address. The

Order addressed to plaintiff Trisha Arroyo was returned unopened on August 31, 2021, as she

apparently no longer resides at that address.

The Clerk of Court is directed to send copies of this Order to Show Cause to both

plaintiffs at the following addresses:

1405 Clearbrook Dr. SE, Apt. B205
Lacey, WA 98503

5812 Titleist Ln. SE, Apt. F102
Lacey, WA 98513

ORDER TO SHOW CAUSE - 1

1        The Clerk of Court is further directed to note a "Rule 41 dismissal proceeding" as to

2   plaintiff Trisha Arroyo on the Court's calendar for December 17, 2021.  If Ms. Arroyo fails to

3   notify the Court and opposing parties of her current address by that date, the Court will dismiss

4   her claims without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

5

6        DATED this 13th day of October, 2021.

7

8

9                             Robert S. Lasnik

10                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SHOW CAUSE - 2