UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUSTIN HILLIARD, et al.,

        Plaintiffs,

v.

MAXIM HEALTHCARE SERVICES, INC., *et al.*,

        Defendants.

Case No. C21-5290RSL

ORDER TO SHOW CAUSE

On May 5, 2021, the Court issued an order requiring the parties to file a Joint Status Report by June 2, 2021. No such report has been filed, and the parties have not sought or obtained an extension of time in which to make the required submission. Under Section III. Plaintiff's Responsibility, plaintiff's counsel (or plaintiff, if pro se) is responsible for starting the communications needed to comply with the Order. Plaintiffs shall, no later than Friday, October 29, 2021, initiate communication with defendants' counsel and file their Joint Status Report no later than Friday, November 12, 2021. Plaintiffs shall also show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of May 5, 2021. The Clerk is directed to place this Order to Show Cause on the Court's calendar for November 12, 2021. The Clerk is further directed to mail this Order to both plaintiffs at the following addresses:

ORDER TO SHOW CAUSE

1 | 1405 Clearbrook Dr. SE, Apt. B205
Lacey, WA 98503

2

3 | 5812 Titleist Ln. SE, Apt. F102
Lacey, WA 98513

4

5

6              DATED this 13th day of October, 2021.

7

8

9                                    *signature*
                                     Robert S. Lasnik
10                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SHOW CAUSE                    -2-