UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN HILLIARD, et al., | |
| Plaintiffs, | Case No. C21-5290RSL |
| v. | ORDER OF DISMISSAL |
| MAXIM HEALTHCARE STAFFING SERVICES, INC., | |
| Defendant. | |

On August 17, 2021, this Court issued an Order Granting Plaintiff Counsel's Motion to Withdraw as Attorney, Dkt. #17, in the above-captioned matter. Two copies of the Order were mailed to plaintiffs at 5812 Titleist Ln. SE, Apt. F102, Lacey, WA. 98503: both were returned unopened on August 24, 2021, as they apparently no longer reside at the address on file with the Court, Dkt. #19 and #20. On August 25, 2021, the Clerk of Court mailed two copies of the Order to plaintiffs at the 1405 Clearbrook Dr. SE. Apt. B205, Lacey, WA. 98503, address. The Order addressed to plaintiff Trisha Arroyo was returned unopened on August 31, 2021, as she apparently no longer resides at that address, Dkt. #21. On October 13, 2021, this Court issued two copies of an Order to Show Cause, at the above two addresses, for the failure of Ms. Arroyo to prosecute this action by providing a current address, Dkt. #22. Both orders were returned unopened on October 22, 2021, Dkt. #24 and on October 25, 2021, Dkt. #25. On October 13, 2021, this court also issued two copies of another Order to Show Cause for the

ORDER OF DISMISSAL - 1

plaintiff's failure to comply with the Court's order, Dkt. #23. Both orders for plaintiff Arroyo were returned unopened on October 22, 2021, Dkt. #24 and on October 25, 2021, Dkt. #25. One order was returned unopened for plaintiff Hilliard, Dkt. #26. The order mailed to Mr. Hilliard at the Clearbrook address was not returned. Plaintiff Hilliard, however, failed to respond to the Order to Show Cause.

Local Civil Rule 41(b)(2) requires parties to notify the court of any change of current mailing address or email address. Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute."

ACCORDINGLY, because the Court finds that plaintiff Arroyo has failed to prosecute this case by failing to notify the Court of her new address and Mr. Hilliard failed to respond to the Court's orders, it is hereby ORDERED that this action is DISMISSED without prejudice.

DATED this 10th day of January, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2